■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARANGELY TORRES, Appellant. [683 NYS2d 444] —Judgment unanimously affirmed. Memorandum: Defendant pleaded guilty to manslaughter in the first degree and was sentenced as an adult in accordance with the plea agreement to an indeterminate term of incarceration of 5 to 15 years. County Court did not abuse its discretion in denying defendant youthful offender

treatment, and we decline to exercise our interest of justice jurisdiction to grant such treatment (*see, People v Young,* 224 AD2d 949; *People v Gaziano* [appeal No. 1], 219 AD2d 870, *lv denied* 87 NY2d 901). The agreed upon sentence is neither unduly harsh nor severe. (Appeal from Judgment of Oneida County Court, Ringrose, J.—Manslaughter, 1st Degree.) Present—Green, J. P., Wisner, Pigott, Jr., Callahan and Fallon, JJ.